### MERIT DOCKET

**90-1714.** Guiles v. Franklin Cty. Court of Common Pleas. *Franklin County,* No. 89AP-401. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.